IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:16CR3102 |
| vs. | |
| MOSES CHILDS, | ORDER |
| Defendant. | |

IT IS ORDERED that:

1. The Defendant's Unopposed Motion to Continue Revocation Hearing (filing 27) is granted.

2. Defendant Moses Childs' violation of supervised release hearing is continued to October 26, 2018, at 2:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 17th day of September, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge