IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **4:16CR3102** |
| vs. | |
| MOSES CHILDS, JR., | **ORDER** |
| Defendant. | |

IT IS ORDERED that:

1. The Defendant's Unopposed Motion to Continue Revocation Hearing (filing 36) is granted.

2. Defendant Moses Childs, Jr.'s violation of supervised release hearing is continued to January 22, 2020, at 10:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 11th day of October, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge