## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

               Plaintiff,

    vs.

MOSES CHILDS, JR.,

               Defendant.

**4:16CR3102**

**ORDER**

IT IS ORDERED that:

1.     The Defendant's Unopposed Motion to Continue Revocation Hearing (filing 38) is granted.

2.     Defendant Moses Childs, Jr.'s violation of supervised release hearing is continued to May 15, 2020, at 10:30 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 16th day of January, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge