IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:16-CR-3102 |
| vs. | ORDER |
| MOSES CHILDS, JR., | |
| Defendant. | |

This matter is before the Court on a letter from the defendant that the Court has docketed as a motion to reduce sentence. Filing 72. The defendant asks the Court to amend his federal sentence to run concurrently with his state term of imprisonment. *Id.*

For the reasons stated in the Court's order of June 24, 2022 (filing 66), the Court lacks jurisdiction to revisit whether the defendant's state and federal sentences run consecutively or concurrently. *See United States v. Harris*, 574 F.3d 971, 973 (8th Cir. 2009); *see also United States v. Peltier*, 312 F.3d 938, 942 (8th Cir. 2002). Accordingly,

IT IS ORDERED that the defendant's motion to reduce sentence (filing 72) is denied.

Dated this 29th day of April, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge